1 | PHILLIP A. TALBERT
United States Attorney
2 | CHAN HEE CHU
Special Assistant United States Attorney
3 | MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
Telephone: (559) 497-4000

6 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-po-00042-SAB |
|---|---|
| Plaintiff, | [Citation #E1527629, CA83] |
| v. | |
| SUN SHUYI, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-po-00042-SAB [Citation #E1527629, CA83] against SUN SHUYI, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 15, 2023                              Respectfully submitted,

                                                                PHILLIP A. TALBERT
                                                                United States Attorney

By:   /s/ *Chan Hee Chu*
      CHAN HEE CHU
      Special Assistant United States Attorney

**O R D E R**

    IT IS HEREBY ORDERED that Case No. 1:23-po-00042-SAB [Citation #E1527629, CA83] against SUN SHUYI be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**May 15, 2023**__

UNITED STATES MAGISTRATE JUDGE